United States Courts
Southern District of Texas
FILED

JUL 27 2026

Nathan Ochsner, Clerk of Court

Nathan Ochsner

7-22-26

I thank you sir!

Im moved, im still Experiancing the same symptoms, but this a NEW unit! i do not know who is who. i have not been able to identify yet. its not bad, but it still happens. still not okay. i don't have Constant Muscle spasms back to back you know! you know 100% Facts i will never lie to you sir! you saved my life and i will never disrespect you or any lawful Authority figure. i FEEL better though. PEACEful, really paranoid though. Just trying to find myself again! i lost MYSELF! Thank you sir! i wrote you Continuation to (Case Number: 4-26-CV-03407) right before i left you should have got it already. i know they are on top of me still to know (all) people i contact and see Exactly who im writting, ETC. its the Truth Just think about it. its the Truth. ive Never lied to you and i won't period! they are trying to (Dis.credit my story)! you know this is real! 100%! the (intelligence officer) was doing the same shit! They are the main 1's! but this is it for now. Thank you for everything sir! This is Continuation to (Case Number: 4-26-CV-03407). Just think about it. it makes perfect SENSE! i Ask them all do they work for the DEA, FBI, Harris County sheriff i won't talk to them if they Do!

God Bless you sir! (i want to file on Harris County sheriffs office!)

Just right now im trying to shake back, they fucked me up real bad sir! i thank you again sir! alot of paranoia, Anxiety!

Respectfully,

— Gev

4:52 P.m. 7-20-26. 5:00 P.m. Adam's apple Assault, head breathing the chest throat assault! 7:21 P.m. body Assault, throat, Adam's apple! Face/head! 5:00 - 7:35 P.m. Sexual Assault, Device in the 2N-3, they right above me! - 8:21 P.m. Sexual Assault, body Assault! - 8:37 P.m. body Assault! - 8:40 P.m. body Assault, but my Dice says DIE 1 DEEP! - 9:19 P.m. Sexual Assault, left ankle body Assault! - 9:32 P.m. body Assault! Throat Assault right foot, they put Green suit in my face then do this To Target, retaliate, harm me provoke me! the 1 that just pulled out last cell williams! Chest, throat attack! Left ankles to take off working him up! - 9:45 P.m. body Assault hold down my shoulders so I can't fight right for that Green suit Detention officer D.C.C.T. they provoke the fuck out me give him (Taser gun - gas) if he provoke me I'll go with my move, but I'm not giving no attention to the situation 9:47 P.m. that's him/them doing this trying to throw-off what i'm saying working they are heating up my wind pipe! so i can't breathe! they also Assaulting me with Weapons 100%! 9:52 P.m. Sexual Assault, body Assault, Face and HEAD/SKULL Assault, wind pipe! - 9:54 P.m. Adams Apple Assault throat so I can't talk Yell for help! All Human Trafficking, this is Human Trafficking me! they are cutting off my wind pipe heating it up!! they doing this on purpose! - 9:57 P.m. they heating up my throat with device! body Assault! - 10:01 P.m. Heating up my throat! Affecting my wind pipe my breathing trying to force me to have a (Asthma Attack)! panick not being able to breathe! 100% look on camera in my cell, and around me behind the vents view! - I have to drink water because they are drying my throat out my wind pipe is being Affected look on camera they sexually Assaulting me 100%! you can hear the vacume sounds! everything they right here! Look on camera you'll see me yelling out a scream! they are forming Air pockets in my throat! they are literally trying to kill me putting different sergeant 350 Badge #! 10:15 p.m. I said they can only do her job, but he can't do anything himself!! I'm telling him he says this incident already been reported! Yea but why it's still going on? He said he can't do anything including they above and over him!! they are heating up my throat literally! cruelty Dysfunction! continuously Torturing! I'm a real human Experiment! I don't want to live like this! - Sergeant stopped me turning to munoz because HE Knows whats going on! - body Assault, hip, Sexual Assault, Assault! - 10:50 P.m. Sexual Assault! - told Detention officer munoz about problem! - 11:52 P.m. they are drying my lips or Chapping my lips! - 11:03 P.m. they were making my apples come back up and pushing Air in my wind pipe pockets of air! - 12:35 A.m. (7-21-26) - Sexual Assault! - 12:49 Am. crw creators won't let me sleep. body Assault lips! please help me! these people Always so Exact Sexual Assault! 1:13 A.m. Sexual Assault they just called me to leave (ATW)! - 1:24 A.m. body Assault! - Sexual Assault! used weapon around my testicles I don't Trust these people! - they are continuing to use Device 3:50 A.m. in holding Cell! pushing air in my intestine! Above me! I really think they above me! - this whole time they are above me 100%. also illegally gaining information of people cases which would be 100% conviction because its 100% creditable confession! but its illegal! im in the cell past 5:00 A.m.! - also when I walked at ANT they had the old white man in the clinic other in Fee by clinic!

Grayson VanRheen
Vernon State Hospital
Cottonwood Unit
P.O. Box 2231
Vernon, TX 76384

NORTH TEXAS TX 750

25 JUL 2026 PM 5 L

US POSTAGE ᴹPITNEY BOWES

ZIP 76384   $ 000.78⁰
02. 4W
0000389480 JUL. 24. 2026

Nathan Ochsner
United States District Clerk office
P.O. Box 61010
Houston, TX 77208-1010

United States Courts
Southern District of Texas
FILED

JUL 27 2026

Nathan Ochsner, Clerk of Court

(legal-mail)

77208-101010